FILED - USDC - NDTX - SA
AUG 27 '24 PM 2:38  GRL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SUSAN SWANSON | § | 6:24-cv-00058 |
| -VS- | § | CAUSE NO. |
| CITIZEN'S NATIONAL BANK | § | |

## COMPLAINT

1. PLAINTIFF, SUSAN SWANSON, HAS BEEN THE VICTIM OF BANK FRAUD, AND CONSPIRACY PERPETRATED BY CITIZEN'S NATIONAL BANK IN COLLUSION WITH ORGANIZED CRIMINAL ACTIVITY. BCC, Title 1, CH.4, Subchapter A. SECTIONS 4.101, 4.102, CCrP, Art. 13.21, CCrP, Art. 13.13

2. PLAINTIFF HAS TAKEN GREAT EFFORT TO REPORT THE FRAUD TO THE BANK, THE OFFICE OF THE COMPTROLLER OF CURRENCY, AND THE BROWNWOOD POLICE DEPARTMENT, TO NO AVAIL.

3. THIS LACK OF ACCOUNTIBILITY AND RESPONSE TO THE FRAUD HAS RESULTED IN THE COMPROMISE OF ALL OF THE LINKED FINANCIAL INSTITUTIONS, AND THE ASSETS CONTAINED THEREIN, TOTALLING OVER 500 MILLION DOLLARS WORTH OF MISSING ASSETS. BCC, Title 1, CH4, Subch A. Sec. 4.103.

4. THESE DIGITAL ASSETS HAVE BEEN REMOVED USING THE ACCOUNTS IN THE CITIZEN'S NATIONAL BANK ALONG WITH THE LINKED FINANCIAL INSTITUTIONS, ALLY BANK, XOOM, PAYPAL, AND CASH APP. THIS WAS ACCOMPLISHED BY TRANSFERING THE DIGITAL ASSETS OUT OF HER MEMPOOL ACCOUNT USING THE PLAINTIFF'S OWN DEBIT CARD, IPHONE DEVICES AND HACKED EMAIL ACCOUNTS, ALONG WITH THE BROWNWOOD PUBLIC LIBRARY MICROSOFT COMPUTER SYSTEM, THROUGH THE CITIZEN'S BANK ACCOUNT, TO LAUNDER THE ASSETS, AND THEN RETURN THEM INTO THE FRAUDULENT ACCOUNTS.

5. A SERIES OF SMEAR CAMPAIGN VIDEOS WERE USED TO ACTIVATE THE WITHDRAWALS, DIRECT DEPOSITS, AND OTHER ACTIONS USED BY THE CYBERCRIMINALS TO REMOVE AND REALLOCATE THE DIGITAL ASSETS. SHORTCUTS, KEYNOTES, AND BOOKMARKS.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS, THE COURTS TO REDRESS THE FINANCIAL LOSSES, AND FOR SUCH OTHER AND FURTHER RELIEF IN CONNECTION THEREWITH THAT IS PROPER. TO MAKE CLEAR THE BOUNDARIES OF ACCOUNTABILITY THAT SET A STANDARD FOR BOTH, LOCAL AND INTERNET BUSINESS FOR THE PUNATIVE DAMAGES AND GRIEF THAT ARE INFLICTED UPON INDIVIDUALS DEPENDENT UPON THEIR INTEGRITY AND TRUST. THE SACRIFICES OF THE INDIVIDUAL HAVE BEEN DETRIMENTAL TO THEIR SECURITY. INDIVIDUALS ARE FORCED TO ACCOMMODATE THE CONVENIENCES OF BOTH CORPORATIONS AND GOVERNMENT, PUTTING THEM AT GREAT RISK FOR THE CYBERCRIMINALS.

RESECTFULLY SUBMITTED,

SUSAN SWANSON

10135 CLYDE ST.

BANGS, TEXAS 76823

325 203-9278

NAME SUSAN SWANSON
SIGNATURE Susan Swanson
ADDRESS 10135 Clyde St.
CITY, STATE, ZIP Bangs, TX. 76823
E-MAIL juliejames138@outlook.com
TELEPHONE NUMBER 325 203-9278

SUSAN SWANSON
10135 CLYDE ST.
BANGS, TEXAS 76823

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
33 E. TWOHIG AVE. #202
SAN ANGELO, TEXAS 76903
325 655-4506

X-RAY

CERTIFIED MAIL
9589 0710 5270 0343 2904 93

Retail
RDC 03
76903
U.S. POSTAGE PAID
PM
BROWNWOOD, TX 76801
AUG 26, 2024
$19.95
S2323W500863-19