# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-11058
_____

Susan Swanson,

>   *Plaintiff—Appellant,*

versus

Citizens National Bank,

>   *Defendant—Appellee.*

_____

United States Court of Appeals
Fifth Circuit
**FILED**
February 10, 2025
Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:24-CV-58
_____

UNPUBLISHED ORDER

Before Smith, Graves, and Engelhardt, *Circuit Judges.*

Per Curiam:

 This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this civil rights case, Plaintiff filed a *pro se* notice of appeal on November 25, 2024.

 "Federal appellate courts have jurisdiction over appeals only from (1) a final decision under 28 U.S.C. § 1291; (2) a decision that is deemed final due to jurisprudential exception or that has been properly certified as final

**A True Copy**
**Certified order issued Mar 05, 2025**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 24-11058

pursuant to FED. R. CIV. P. 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or that have been properly certified for appeal by the district court, 28 U.S.C. § 1292(b)." *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993). Here, the notice does not designate a judgement or order to be appealed. An examination of the district court's docket sheet shows no judgement has been entered and no order has issued that would be appealable.

Accordingly, the appeal is DISMISSED for want of jurisdiction.